IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

IFEANYICHUKWU  IKEGWUONU,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

Case No.  15-cr-21-wmc-1
17-cv-872-wmc

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent United States of America and against petitioner Ifeanyichukwu Ikegwuonu denying his petition under 28 U.S.C. § 2255.

| s/V. Olmo, Deputy Clerk | 2/24/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |